IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HELENA WILLIS<br>548 Carol Lane<br>Elyria, OH 44035 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:09-cv-02504 |
| v. | )<br>) | VOLUNTARY DISMISSAL |
| NELSON WATSON & ASSOCIATES, LLC,<br>80 Merrimack St. Lower Level<br>Haverhill, MA 01830 | )<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

So Ordered. /s/Dan Aaron Polster 12/23/09

## NOTICE OF VOLUNTARY DISMISSAL

HELENA WILLIS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NELSON WATSON & ASSOCIATES, LLC (Defendant), in this case.

DATED: December 18, 2009                                    RESPECTFULLY SUBMITTED,

                                                            By:    /s/ Peter Cozmyk
                                                                   Peter Cozmyk,
                                                                   Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 ext. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

1
VOLUNTARY DISMISSAL